

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-23-00085-CV

___

SHAWN L. DUNN, APPELLANT

V.

MAJOR LEO RAMIREZ, DR. KOEHN, AND
CORRECTION OFFICER CONNIE PIEDRA, APPELLEES

___

On Appeal from the County Court
Gray County, Texas
Trial Court No. 5456, Chris Porter, Presiding

___

March 22, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Shawn L. Dunn, appearing pro se, appeals from the trial court's *Order of Dismissal*. The trial court signed the order on November 8, 2022. As no motion for new trial or motion to modify the judgment was filed, a notice of appeal was due within thirty days thereafter, by December 8, 2022. *See* TEX. R. APP. P. 26.1(a). Dunn filed a notice of appeal on February 24, 2023.

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). By letter of March 2, 2023, we notified Dunn that his notice of appeal appeared untimely and directed him to show how we have jurisdiction over the appeal. Dunn filed a response but has not demonstrated grounds for continuing the appeal.[1]

Accordingly, we dismiss Dunn's untimely appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Per Curiam

---

[1] In his letter to the Court, Dunn references filings and an order issued in a case before a justice court. To the extent Dunn seeks to appeal an order signed by a justice of the peace, we are without appellate jurisdiction. *See Crumpton v. Stevens*, 936 S.W.2d 473, 476 (Tex. App.—Fort Worth 1996, no writ) ("An appeal from a justice court judgment is tried de novo in the county or district court.").